UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


COLLEEN LEBOEUF,            )
        Plaintiff           )
                            )
            v.              )  C.A. No. 11-cv-30136-MAP
                            )
TOWN OF MONSON AND          )
MONSON POLICE DEPARTMENT,   )
        Defendants          )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTION TO DISMISS
(Dkt. Nos. 9 & 21)

December 8, 2011

PONSOR, D.J.

    Having reviewed the substance of Judge Kenneth P.

Neiman's Report and Recommendation dated October 28, 2011

and finding it meritorious, and noting that there is no

objection, the court, upon <u>de novo</u> review, hereby ADOPTS the

Report and Recommendation (Dkt. No. 21).  Based upon this,

the court hereby ALLOWS Defendants' Motion to Dismiss (Dkt.

No. 9).  The clerk will enter judgment for Defendants.  This

case may now be closed.

    It is So Ordered.


                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          U. S. District Judge