# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN LEBOEUF,       )<br>        Plaintiffs              )<br>                                      )<br>        v.                            )    CIVIL ACTION NO. 3:11-cv-30136-MAP<br>                                      )<br>TOWN OF MONSON AND     )<br>MONSON POLICE DEPARTMENT,  )<br>        Defendants            )  | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Town of Monson, et al., against the plaintiffs Colleen Leboeuf, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                        **SARAH A. THORNTON**,
                                                        CLERK OF COURT

Dated: December 8, 2011              By /s/ *Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment (Routine) 2.wpd - 11/98)
         [jgm.]