# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

COLLEEN LEBOEUF,                    )
       Plaintiffs                  )
                                  )
       v.                          )    CIVIL ACTION NO. 3:11-cv-30136-MAP
                                  )
TOWN OF MONSON AND                  )
MONSON POLICE DEPARTMENT,           )
       Defendants                  )

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS  ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants Town of Monson, et al., against the plaintiffs Colleen Leboeuf, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                            **SARAH A. THORNTON**,
                                            CLERK OF COURT

Dated: December 8, 2011        By  /s/ Maurice G. Lindsay

                                         Maurice G. Lindsay
                                         Deputy Clerk

(Civil Judgment (Routine) 2.wpd - 11/98)
      [jgm.]